No. 494. DIBBLEE *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Clark R. Fletcher* for petitioner. *Solicitor General Reed* for respondent.